IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal No. 11-99 |
| ROBERT JOHNSON | ) ) ) |
| Defendant. | ) ) |

ORDER OF COURT

AND NOW, this 26th day of Oct, 2011, it is hereby ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated in its entirety into this Order. It is further ORDERED that:

(1) The Bureau of Alcohol, Tobacco, Firearms and Explosives will release the .357 Ruger Magnum Revolver, serial number 35-15642 "as-is" to Anna Klodowski free and clear of all forfeiture rights of the United States; and

(2) A certificate of reasonable cause is hereby entered pursuant to 28 U.S.C. § 2465.

_____
J.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHYLLIS KILLMEYER, Executrix of the Estate of HARRY KILLMEYER, deceased, and PHYLLIS KILLMEYER, in her own right,<br><br>Plaintiff,<br><br>vs.<br><br>GARLOCK, INC., et al.,<br><br>Defendants. | Civil Action No. 2:96-cv-01723 |

## ORDER OF COURT

AND NOW, this **26th** day of **Oct**, 2011, upon consideration of the Motion to Withdraw as Attorney filed by the Plaintiff's, Phyllis Killmeyer's, counsel, Jeffrey J. Sikirica, Esquire, it is hereby ORDERED and DECREED that Jeffrey J. Sikirica, Esquire is terminated as counsel for the Plaintiff, Phyllis Killmeyer, in her own right, and as counsel for Jeffrey J. Sikirica, Trustee for the Bankruptcy Estate of Phyllis Killmeyer, in the above-captioned matter as Jason T. Shipp, Esquire has been appointed as special counsel by the United States Bankruptcy Court for the Western District of Pennsylvania to represent the Chapter 7 Bankruptcy Trustee, Jeffrey J. Sikirica, and the Chapter 7 Bankruptcy Estate of the Plaintiff, Phyllis Killmeyer.

BY THE COURT:

_____
Honorable Gary L. Lancaster
Chief Judge for the United States District Court
for the Western District of Pennsylvania

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, GARY J. MEYERS, POLITICAL ACTION TOGETHER FUND, and PAINTERS AND ALLIED TRADES LABOR AND MANAGEMENT COOPERATION INITIATIVE, | : : : : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | NO. 09-1382 |
| PANTHERA PAINTING, INC. d/b/a PANTHERA PAINTING CO., INC. and ANDREW MANGANAS d/b/a PANTHERA PAINTING, INC. d/b/a PANTHERA PAINTING CO., INC., | : : : : : | |
| Defendants | : : | |

**ORDER**

AND NOW this 26th day of October, 2011, upon consideration of Defendants' Motion for Leave to File Reply, said Motion is hereby GRANTED and its ORDERED that Defendants may file a reply not to exceed five pages in support of their Motion to Enforce Settlement Agreement, For Reconsideration of the Court's October 13, 2011 Order and To Quash Subpoenas on or before October 27, 2011.

By the Court:

/s/ *signature*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HOWARD RECK,
    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE     Civil Case No.: 2:10-cv-00529
COMPANY OF AMERICA,
    Defendant.

### AGREED FINAL JUDGMENT

On this **26** day of **Oct**, 2011, the Stipulation of Dismissal came on for consideration by the Court. The Court, having considered the matter, finds and concludes that all of Plaintiff Howard Reck's claims and causes of action against Defendant Berkshire Life Insurance Company of America should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs of court.

Therefore, it is ORDERED that all of Plaintiff's claims and causes of action against Defendant are dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs of court are to be borne by the parties incurring the same.

_____
Chief Judge, United States District Court

AGREED:

_____      DATE: 10-26-11
Attorney for Plaintiff

_____      DATE: 10-25-2011
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NOEL JOHNSON, ET UX., )
    Plaintiffs, )
)
v. ) Civil Action No. 11-587
)
AMERICAN HOME MORTGAGE )
SERVICING, INC., )
    Defendant. )

## ORDER OF COURT

AND NOW, this 26th day of October, 2011, the court has been advised that the instant case has been resolved and the only remaining matter is the submission of a stipulation of discontinuance for approval by the court. Therefore, there being no further action needed by the court at this time, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case closed.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and this court shall retain jurisdiction. Should further proceedings in it become necessary, or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, C.J.
Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BIOLITEC, INC.,  )
    Plaintiff,  )
   )
v.  ) Civil Action No. 11-1163
   )
UROTHERAPIES, ET AL.,  )
    Defendants.  )

ORDER OF COURT

AND NOW, this 26th day of October, 2011, the court has been advised that the instant case has been resolved and the only remaining matter is the submission of a stipulation of discontinuance for approval by the court. Therefore, there being no further action needed by the court at this time, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case closed.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and this court shall retain jurisdiction. Should further proceedings in it become necessary, or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, C.J.
Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record